

■

SOCIETE ANONYME SELFIX, Appellant, v. BERNHARD ALTMANN, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See 280 App. Div. 863.]

■

EDWIN R. LA VIN, Respondent, v. TRAVELERS INDEMNITY COMPANY, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [Order denied defendant's motion for summary judgment.]

■

EDWIN R. LA VIN, Respondent, v. TRAVELERS INDEMNITY COMPANY, Appellant.— Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.; Van Voorhis, J., dissents and votes to affirm. Settle order on notice. [Order granted plaintiff's motion for summary judgment and judgment was entered thereon.]

■

JULES L. CLAMAN, Appellant, v. PAT COLLINS, INC., et al., Respondents.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

■

EVELYN W. BOWEN et al., Respondents, v. HARRY MERDINGER et al., Appellants.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [196 Misc. 987.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYFIELD JENKINS, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

NEAL R. ANDREWS, Suing on Behalf of Himself and All Other Stockholders and Holders of Voting Trust Certificates Similarly Situated, Appellant, v. RALPH L. EVANS et al., Defendants, and RALPH L. EVANS et al., Respondents.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.